**Dismissed and Memorandum Opinion filed January 21, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-20-00684-CV

---

## DA'WONN  ANDREWS, Appellant

## V.

## GIERING INVESTMENTS, L.P., Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1156707**

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed October 2, 2020. The clerk's record was filed October 21, 2020. No brief was filed.

On December 1, 2020, this court issued an order stating that unless appellant filed a brief on or before December 21, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered

dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.